Joseph M. Wirth
Jasmyne M. Baynard
Ann C. Wirth
Ryan T. Truesdale



WIRTH+BAYNARD

ATTORNEYS & COUNSELORS

March 31, 2026

Clerk of Court
U.S. Court of Appeals
United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, IL 60604-1803

**RE:** ***Estate of Jason Thomson v. City of Green Bay, et al.***
***Case No. 25-2827***

Dear Clerk:

I write on behalf of Appellees, Green Bay, to respectfully request that the oral argument currently scheduled for May 12, 2026, be rescheduled. Due to a recent change in trial scheduling, as well as counsel's conflicting obligation to appear for another oral argument before this Court during the same week, we are unable to proceed on the currently scheduled date.

Counsel for Plaintiffs has been consulted and does not oppose this request.

We appreciate the Court's consideration and are available at the Court's convenience for a rescheduled argument date.

Sincerely,

*/s/ Jasmyne M. Baynard*

Jasmyne M. Baynard, SBN 1099898

9898 West Bluemound Road, Suite 2
Wauwatosa, WI 53226
(414) 291-7979 ext. 114
jmb@wbattys.com